IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>VS.<br><br>HOPE HICKS,<br><br>Defendant | NO. 5: 05-CR-59 (WDO)<br><br>RE: VIOLATION OF CONDITIONS OF RELEASE |

## O R D E R

Before the court is the PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE filed by U. S. Probation Officer Tony W. Elder on December 1, 2005, alleging that defendant HOPE HICKS violated conditions of pretrial release by failing to report to the U. S. Probation Office as directed. Defendant HICKS this day appeared before the undersigned for a hearing on the government's motion; she was represented by Mr. Doye Green, Jr. of the Macon Bar. The government was represented by Assistant U. S. Attorney Jennifer Kolmanm.

Defendant HICKS admitted to the court that she violated conditions of pretrial release as alleged in Mr. Elder's petition. Therefore, she is found by the court to be in violation of the court's Order of Pretrial Release of July 28, 2005.

Accordingly, IT IS ORDERED AND DIRECTED:

(1) that disposition of this matter be, and it is, **CONTINUE**D until further order of the court;

(2) that, in the meantime,

>(a) defendant HICKS shall continue under pretrial supervision subject to all of the conditions heretofore imposed upon her;

>(b) that defendant HICKS is specifically ordered to report to her pretrial service/probation officer as directed; and,

>(e) that defendant HICKS's supervising probation officer shall **immediately** notify the court if defendant HICKS fails to abide by this order and the Order of Pretrial Release.

**IN THE EVENT OF REPORTED VIOLATIONS, THE COURT WILL IMMEDIATELY ENTER AN ORDER REVOKING MS. HICKS' ORDER OF PRETRIAL RELEASE *WITHOUT FURTHER HEARING*, BASED SOLELY UPON THE VIOLATIONS THIS DAY ADMITTED BY HER IN OPEN COURT.**

SO ORDERED AND DIRECTED, this 5th day of DECEMBER, 2005.

CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE