IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| VS. | NO.  5: 05-CR-59 (WDO) |
| HOPE HICKS, | RE:  VIOLATION OF CONDITIONS OF RELEASE |
| Defendant | |

## ORDER OF REVOCATION AND DETENTION

Defendant HOPE HICKS, represented by legal counsel Mr. Doye E. Green, Jr. of the Macon Bar, on December 5, 2005, appeared before the undersigned for a hearing under provisions of 18 U.S.C. §3148 on a **PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE** filed by U.S. Probation Officer Tony W. Elder, Jr. on December 1, 2005.  The government was represented by Assistant U.S. Attorney Jennifer Kolman.  The defendant admitted the violations set forth in Mr. Elder's petition;  the court found her to be in violation of conditions of pretrial release imposed upon her on July 28, 2005, but continued disposition until further order of court. Based upon the admissions made by defendant HICKS on December 5, 2005, the court now enters this disposition:

**IT IS ORDERED AND DIRECTED** that the court's **ORDER OF RELEASE** entered July 28, 2005, be, and it is, **REVOKED** and that the defendant be taken into custody and DETAINED **without further hearing** based upon the findings heretofore made on December 5th.  The defendant is hereby committed to the custody of the Attorney General of the United States or his designated representative for confinement in a corrections facility pending disposition of her case. The defendant shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

SO ORDERED, this 30th  day of DECEMBER, 2005.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE